Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10685−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alex E Posada
   311 Euclid Avenue
   Hackensack, NJ 07601

Social Security No.:
   xxx−xx−9487

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/15/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 15, 2019
JAN: rah

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                           District of New Jersey
In re:                                                         Case No. 19-10685-SLM
Alex E Posada                                                  Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin                Page 1 of 1         Date Rcvd: Mar 15, 2019
                             Form ID: 148               Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db             +Alex E Posada,    311 Euclid Avenue,    Hackensack, NJ 07601-2846
517964117      +Aurora Loan Services,    10350 Park Meadows Drive,    #200,    Lone Tree, CO 80124-6800
517964118      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518016379      +U.S. Bank National Association,    PO Box 619096,    Dallas TX 75261-9096
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2019 23:34:03      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2019 23:34:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517964119      +EDI: AMINFOFP.COM Mar 16 2019 03:23:00      First Premier Bank,   Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
517964120      +EDI: TSYS2.COM Mar 16 2019 03:23:00      Macys/DSNB,   Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518000694      +EDI: JEFFERSONCAP.COM Mar 16 2019 03:23:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517964121*     +Macys/DSNB,   Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Aileen  Perez    on behalf of Debtor Alex E Posada aperezesq@yahoo.com, aperezesq@yahoo.com
              Kevin Gordon McDonald    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2007-14H, U.S. Bank National Association, as Trustee et al.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-14H, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON
               TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```